UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lyric Jene' Patrick,

    Plaintiff,

v.

    Case No. 2:18-cv-221

Commissioner of Social Security,

    Judge Michael H. Watson

    Defendant.

    Magistrate Judge Deavers

## OPINION AND ORDER

On October 21, 2019, United States Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending that the Court reverse the Commissioner of Social Security's ("Commissioner") non-disability finding and remand this case to the Commissioner and the ALJ for further consideration consistent with the R&R. ECF No. 17.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 15–16, ECF No. 17. The R&R further advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. The Commissioner's non-disability finding is **REVERSED** and this case is

**REMANDED** to the Commissioner and the ALJ for further consideration consistent with the R&R.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**